**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 176
EVAN L. JAMES, ESQ.
Nevada Bar No. 7760
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
Email: kbc@cjmlv.com
Email: elj@cjmlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS INDUSTRIAL COATINGS, INC., a Missouri corporation; JOHN DOES I-X, inclusive; ROE ENTITIES I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:15-cv-02044-KJD-NJK <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

The Parties, through their undersigned counsel, hereby stipulate to dismiss the case with prejudice, each party to bare its own legal fees and costs unless otherwise part of a settlement.

Dated October 21, 2016.

| CHRISTENSEN JAMES & MARTIN | MCCARTHY, LEONARD & KAEMMERER, L.C. |
|---|---|
| By: */s/ Evan L. James* | By: */s/ Michael E. Keammerer* |
| Evan L. James, Esq. | Michael E. Keammerer |
| Nevada Bar No. 7760 | Missouri Bar No. 25652 |
| 7440 W. Sahara Avenue | 825 Maryville Center Drive, Suite 300 |
| Las Vegas, Nevada 89117 | Town & Country, Missouri 63107-5946 |
| Email: elj@cjmlv.com | Email: mkaemmerer@mlklaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

ORDER

The Case is hereby dismissed with prejudice pursuant to the parties' stipulation, each side to bare its own legal fees and costs unless otherwise part of a settlement.

Dated this 24th day of October 2016.

_____
United States District Court Judge

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By: */s/ Evan L. James*
    Evan L. James, Esq.
    Nevada Bar No. 7760
    7440 W. Sahara Avenue
    Las Vegas, Nevada 89117
    Email: elj@cjmlv.com
    *Attorneys for Plaintiffs*